# Court of Appeals
# of the State of Georgia

ATLANTA,    July 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0421. GEORGIA DEPARTMENT OF TRANSPORTATION v. GODBY HOLDINGS, LLC.**

Georgia Department of Transportation has filed a motion for permission to withdraw its application for discretionary appeal. The motion is hereby GRANTED, and the application is deemed WITHDRAWN. Godby Holdings, Inc.'s motion to dismiss the application is DISMISSED as MOOT.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, 07/16/2014
        *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

Stephen E. Castlen
_____, *Clerk.*